# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

IAN A. WOODS,

    Petitioner,

vs.

BRIAN E. WILLIAMS, *et al.*,

    Respondents.

Case No. 2:14-cv-01981-RFB-GWF

**ORDER**

    This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner. Respondents have filed a motion for an extension of time in which to file a response to the petition for a writ of habeas corpus. (ECF No. 5). Respondents seek an extension of time, up to and including August 14, 2015, to file a response. Having reviewed the motion and good cause appearing, respondents' motion is granted.

    **IT IS THEREFORE ORDERED** that respondents' motion for an extension of time to file a response to the petition (ECF No. 5) is **GRANTED.** The response shall be filed on or before **August 14, 2015.**

    Dated this 6th day of August, 2015.

                                        _____
                                        RICHARD F. BOULWARE, II
                                        UNITED STATES DISTRICT JUDGE