# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

IAN A. WOODS,

    Petitioner,

vs.

BRIAN E. WILLIAMS, *et al.*,

    Respondents.

Case No. 2:14-cv-01981-RFB-GWF

**ORDER**

    This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner.

    Plaintiff has filed a motion to extend his copy work limit. (ECF No. 11). An inmate has no constitutional right to free photocopying. *Johnson v. Moore*, 948 F.2d 517, 521 (9th Cir. 1991). Pursuant to NDOC administrative regulation 722.01(7)(D), inmates "can only accrue a maximum of $100 debt for copy work expenses for all cases, not per case." In this district, courts have found that they can order a prison to provide limited photocopying when it is necessary for an inmate to provide copies to the court and other parties. *See Allen v. Clark Cnty. Det. Ctr.*, 2:10-CV-00857-RLH, 2011 WL 886343, \*2 (D. Nev. Mar. 11, 2011). In this case, the Court grants plaintiff's request to extend his copy work account limit by another $10.00.

. . .

. . .

. . .

1   **IT IS THEREFORE ORDERED** that plaintiff's motion to extend his copy work account (ECF
2   No. 11) is **GRANTED** in the amount of $10.00.  The Nevada Department of Corrections shall extend
3   plaintiff's prison copy work limit by $10.00.

   Dated this 2nd day of September, 2015.

   _____
   RICHARD F. BOULWARE, II
   UNITED STATES DISTRICT JUDGE